UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA JOY,

        Plaintiff,
v.                                    Case No. 8:18-cv-1428-T-33JSS

ONEMAIN FINANCIAL SERVICES,
INC.,

        Defendant.
_____/

## ORDER APPOINTING MEDIATOR

    Pursuant to the Notice of Scheduled Mediation (Doc. # 19), and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as mediator in this action:

    **Name of Mediator**:  Peter J. Grilli, Esq.
    **Address**:          3001 W. Azeele Street
                         Tampa, Florida 33609
    **Phone:**            (813) 874-1002

    By agreement of the parties, the mediation conference is scheduled for **October 2, 2018**, at 9:30 A.M. at the office of the mediator stated above.  The parties are directed to mediate in good faith and to fully and faithfully explore every settlement opportunity.  Furthermore, the Court directs that all counsel, parties, corporate representatives, and any

other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required. <u>See</u> Local Rule 9.05(c).

**DONE** and **ORDERED** in Chambers in Tampa, Florida this <u>7th</u> day of August, 2018.

                                            VIRGINIA M. HERNANDEZ COVINGTON
                                                UNITED STATES DISTRICT JUDGE