UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LINDA JOY,
an individual,

      Plaintiff,

v.

Case No.: 8:18-cv-01428-VMC-JSS

ONEMAIN FINANCIAL SERVICES, INC.,
f/k/a SPRINGLEAF FINANCIAL
SERVICES, INC.,

      Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

**COME NOW**, Plaintiff, LINDA JOY, and Defendant, ONEMAIN FINANCIAL SERVICES, INC., f/k/a SPRINGLEAF FINANCIAL SERVICES, INC., by and through their respective undersigned counsel pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and Middle District of Florida, Local Rule 3.08, and hereby jointly stipulate and move the Court to dismiss all claims asserted in this action as to ONEMAIN FINANCIAL SERVICES, INC., f/k/a SPRINGLEAF FINANCIAL SERVICES, INC., with prejudice. By agreement, each side shall bear its own costs and attorneys' fees.

Dated: April 2, 2019

Respectfully submitted,

| | |
|---|---|
| **LEAVENLAW** | **ADAMS AND REESE LLP** |
| /s/ *Sean E. McEleney* | /s/ *Rebecca M. Harris* |
| **Ian R. Leavengood, Esq., FBN 010167** | **Louis M. Ursini, III, Esq., FBN 0355940** |
| **Gregory H. Lercher, Esq., FBN 106991** | **Rebecca M. Harris, Esq., FBN 104963** |
| **Sean E. McEleney, Esq., FBN 125561** | 101 East Kennedy Boulevard, Suite 4000 |
| Northeast Professional Center | Tampa, FL 33602 |
| 3900 First Street North, Suite 100 | Phone: (813) 402-2880 |
| St. Petersburg, FL 33703 | Fax: (813) 227-5627 |
| Phone: (727) 327-3328 | louis.ursini@arlaw.com |

- 1 -

| | |
|---|---|
| Fax: (727) 327-3305 | rebecca.harris@arlaw.com |
| consumerservice@leavenlaw.com | lisa.stallard@arlaw.com |
| glercher@leavenlaw.com | teresa.soluri@arlaw.com |
| smceleney@leavenlaw.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 2, 2019, I filed a true and correct copy of the above and foregoing *Joint Stipulation for Dismissal with Prejudice* via CM/ECF which will electronically the following serve counsel of record:

Louis M. Ursini, Esq.
Rebecca M. Harris, Esq.
Adams and Reese LLP
101 E. Kennedy Boulevard, Suite 4000
Tampa, FL 33602
louis.ursini@arlaw.com
rebecca.harris@ar.law.com
lisa.stallard@arlaw.com
teresa.soluri@arlaw.com
*Attorneys for Defendant*

                                                 /s/ *Sean E. McEleney*
                                                 Attorney